In the Matter of the Petition of the SUFFOLK COUNTY BAR ASSOCIATION with Respect to CORTLAND KIERNAN, Also Known as CORTLAND A. KIERNAN, an Attorney and Counselor of Law.— Matter referred to Honorable Isaac M. Kapper, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ.

In the Matter of the Application of ANDRE C. MUELENAER, Petitioner, against CHARLES A. HARNETT, Commissioner of Motor Vehicles, and JOHN J. WELSH, Referee, in the Bureau of Motor Vehicles, Department of Taxation and Finance, State of New York, Respondents.— Motion for reargument denied, without costs. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ.

In the Matter of the Application of HYMAN SKLAREW and ROSE SKLAREW for an Order Directing MYRON J. SHON, an Attorney, to Surrender Certain Policy of Insurance in His Possession and Determining and Fixing a Reasonable Attorney's Fee for Services Rendered by the Said Attorney. HYMAN SKLAREW and ROSE SKLAREW, Appellants; MYRON J. SHON, Attorney, Respondent.— Motion for reargument and for modification of the decision on appeal of January 10, 1938, denied, with ten dollars costs. The affirmance, without opinion, indicates neither approval nor disapproval of what was said in the opinion of the court at Special Term. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ. [See ante, p. 818.]

ANTHONY J. JAMISON, Respondent, v. NATIONAL SURGICAL STORES, INC., Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ.

LOUIS LEIBOWITZ and ROSE REICH, Respondents, v. THE CITY OF MOUNT VERNON, Appellant.— Motion for reargument denied, without costs. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ.

JOSEPH LO VAGLIO, an Infant, by His Guardian ad Litem, CHARLES LO VAGLIO, and CHARLES LO VAGLIO, Individually, Appellants, v. ELLA KAHN, Respondent.*— Motion for reargument denied, with ten dollars costs. Obviously on the trial the court granted a nonsuit. There was no decision of a question of fact as required by section 440 of the Civil Practice Act. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ.

NATHAN MARCHINI, Appellant, v. ANGELO LONGINOTTI, Respondent.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ.

MORRIS MARKEY, Appellant, Respondent, v. THE NIRVANA HOLDING CORPORATION, Respondent; BEGNI DEL PIATTA, Respondent, Appellant, and Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ.

GUSSIE PERITZ, Respondent, v. MAJESTIC MANAGEMENT CORP., ABRAHAM J. HAMMER and GUSSIE HAMMER, Appellants, and Others, Defendants. (Appeal No. 2.) — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for a stay denied. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ.

FRANCES PERSICO, Respondent, v. ROMEO PERSICO, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ.

---

* See ante, p. 824.— [REP.